# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DWAYNE BRUMBAUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN ROBERTS,<br><br>        Defendant. | Case No.  1:13-cv-01598-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

   Plaintiff Jerry Dwayne Brumbaugh ("Plaintiff") filed the complaint in this action on October 4, 2013.  (ECF No. 1.)  The same day, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED.  The Clerk of the Court shall not issue a summons unless and until the Court screens Plaintiff's complaint and orders the summons to be issued.

IT IS SO ORDERED.

Dated:   **October 9, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1