# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DWAYNE BRUMBAUGH,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN ROBERTS,<br><br>   Defendant. | Case No.  1:13-cv-01598-LJO-SAB<br><br>ORDER DENYING MOTION<br><br>ECF NO. 9 |

On December 4, 2013, Plaintiff Jerry Dwayne Brumbaugh ("Plaintiff") filed a document entitled "1. Reply to letter of return of case filed; 2. Motion for a Default judgment; 3 Or, motion for specifics from defendant."  (ECF No. 9.)   The Court will construe Plaintiff's filing as a motion for reconsideration of the Court's entry of judgment against Plaintiff.

A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the Court is presented with newly discovered evidence, committed clear error, or there is an intervening change in controlling law.  Carroll v. Nakatani, 342 F.3d 934, 945 (9th Cir. 2003). Plaintiff's motion does not demonstrate any valid grounds for reconsideration.  The arguments in Plaintiff's motion are frivolous and nonsensical.

/ / /

/ / /

/ / /

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **December 9, 2013**

UNITED STATES MAGISTRATE JUDGE